

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2014

No. 04-13-00907-CR

**IN RE** Roy L. **SMITHWICK** Jr.

Original Mandamus Proceedings[1]

**ORDER**

On December 27, 2013, relator Roy L. Smithwick Jr. filed a pro se petition for writ of mandamus complaining in part of the trial court's failure to rule on a mandamus petition and motion pending in the district court. This court requested a response to the petition for writ of mandamus on January 9, 2014. A response was received from the real party in interest, but no response has been filed on behalf of the respondent judge. The court has considered relator's petition and the real party in interest's response and has determined that relator is entitled to only a part of the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART. TEX. R. APP. P. 52.8(c).

The Honorable Jose Lopez is ORDERED to consider and rule upon Smithwick's pending mandamus petition and motion for interim action. The writ will issue only if we are notified that Judge Lopez has not done as directed within twenty-eight days from the date of this order.

It is so **ORDERED** on February 5, 2014.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 1992CRA00041-D1, styled *The State of Texas v. Roy L. Smithwick Jr.*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.